IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 MAR 13 A 9 41

BOBBY JAMES INGRAM,

    Plaintiff,

vs.

JOHN CARTER, Sheriff, Wayne
County, Georgia, and BO JACKSON,
Chief Jailer, Wayne County, Georgia,

    Defendants.

CIVIL ACTION NO.: CV206-267

## ORDER

Plaintiff previously submitted a complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff sought to proceed *in forma pauperis*. By Order dated December 1, 2006, Plaintiff was advised of the changes in procedures for filing and litigating prisoner civil rights suits brought about by the Prison Litigation Reform Act. Plaintiff was given until January 2, 2007, to notify the Court in writing as to whether, in light of the Prison Litigation Reform Act, he desired that his complaint be considered by the Court.

Plaintiff has failed to respond to that December 1, 2006, Order. Accordingly, as set forth in said Order, this action is **DISMISSED**, without prejudice.

SO ORDERED, this 13 day of March, 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)