AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BOBBY JAMES INGRAM

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV206-267

JOHN CARTER, Sheriff, Wayne
County, Georgia, and BO JACKSON,
Chief Jailer, Wayne County, Georgia

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the order entered March 13, 2007, Plaintiff was given until January 2, 2007 to notify the Court in writing as to whether, in light of the Prison Litigation Reform Act, he desired that his complaint be considered by the Court. Plaintiff has failed to respond to that December 1, 2006, Order. Accordingly, as set forth in said Order, this action is DISMISSED, without prejudice.

| 3/13/2007 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *Cindy Asbell* (signature) |
| | (By) Deputy Clerk |

GAS Rev 10/1/03